# EXHIBIT 1

{00268075 }



Power for change.

**North American Power®**

|.||..||...||...||.|..||...||..||.|..||.|..|..||.|
10
Peggy Zahn
437 Briar Pl
Libertyville, IL 60048-3321

One Marshall Street, Suite 205
Norwalk, CT 06854
p: 203.939.1155
napower.com

*8/2012* (handwritten)

## Welcome to your new electric rate.

Dear Peggy Zahn,

Thank you for choosing North American Power as your electricity supplier. You are now one of the millions of Americans who are enjoying the benefits of deregulated energy.

Your new North American Power supply rate should begin on the date of your next regularly scheduled meter reading, so it could take approximately 30 to 60 days before our name and rate appears on your monthly bill. The electric plan is a market based variable rate and you will receive the current rate, quoted below, on your first month of service.

If the below information is not correct, please contact us at:
customercare@napower.com or 888.313.9086.

| Account Information | North American Power's New Customer Rate |
|---|---|
| Peggy Zahn<br>437 Briar Pl<br>Libertyville, IL 60048-3321<br>Your local utility: Commonwealth Edison Company<br>Approximate service start date: 8/29/2012 | 4.99¢ /kWh |

*(handwritten): Never was 4.99! (Oct was the 1st bill from them)*

## The Brighter Energy Choice™ for Everyone

Everyone uses electricity. Be sure to tell your friends, family and favorite local businesses about your experience with North American Power.

Thanks again.

Res IL COMED