# EXHIBIT 2

{00268075 }

## NORTH AMERICAN POWER ("NAP")
### Electricity Sales Agreement Customer Disclosure Statement

| Price | For both our 25% renewable energy product and our premium-priced 100% renewable energy product, the first month may be an introductory/promotional rate as contained in the attached welcome letter. After the first month, the price is a variable, market-based rate unless otherwise indicated in the welcome letter. Customers should contact North American Power at (888) 313-9086 or visit its website at www.napower.com for the most current rate information. |
|---|---|
| Variable price is determined | Other than fixed and/or introductory/promotional rates, all rates shall be calculated in response to market pricing, transportation, profit and other market price factors, plus all applicable taxes. |
| Length of the agreement and end date | The initial term is 30 days; thereafter unless otherwise agreed to, the term is month-to-month with no cancellation fee. |
| Process customer may use to rescind the agreement without penalty | Customer may rescind by calling 1-888-313-9086 within 3 business days of receipt of the sales agreement or by emailing us at customercare@napower.com. Please provide name, address, phone number, account number, and a statement that you are rescinding this Agreement. |
| Amount of Early Termination Fee and method of calculation | No termination fee. |
| Amount of Late Payment Fee and method of calculation | 1.5% per month and/or in accordance with the local distribution utility's billing policies and procedures, whichever is greater. |
| Provisions for renewal of the agreement | Upon completion of any initial term, this Agreement will automatically renew on a month-to-month basis at the same terms until it is cancelled either by the customer or North American Power in accordance with the terms of this Agreement. |
| Conditions under which savings to the customer are guaranteed | No savings are guaranteed. |

**Service** Customer will begin receiving electricity at the time of the first scheduled meter reading by the Local Distribution Utility ("LDU" and/or "ComEd"). NORTH AMERICAN POWER AND GAS, LLC ("NAP" and/or "North American Power") shall supply the customer's electricity pursuant to this Agreement. These terms and conditions including any welcome letter, disclosure statement, Letter of Agency, and any enrollment form, together constitute the customers agreement (hereinafter "Agreement") with North American Power and shall supersede any oral or written statements made in connection with the Agreement or customers electricity supply. By executing, approving and/or not rescinding this Agreement under NAP's terms of this Agreement, the customer ("Customer" and/or "You") agrees to change electric service providers and begin enrollment with NAP as its Alternative Retail Energy Supplier ("ARES"). NAP is licensed by the Illinois Commerce Commission ("ICC") to offer electricity supply as an ARES under Docket 11-0675 and NAP and/or NAP's Independent Representatives do not represent or act on behalf of any electric utility, governmental body or consumer group.

**Term** The term of this Sales Agreement shall be month-to-month allowing either party to cancel upon written notice consistent with this Agreement. The term shall commence as of the date the change of provider to North American Power is deemed effective by the LDU. NAP is not responsible for any delay in transmitting Your account information to the LDU and/or any LDU denial or delay in enrolling the customer. Although NAP does not charge for changing providers, it is possible that Your existing service provider may charge a fee for changing service providers. No action is required to retain Your existing electric service provider. This Agreement is subject to the LDU's policies and procedures, which may also take several meter reading cycles to begin and/or cancel service with NAP as Your provider of choice. Upon completion of any initial/promotional term, this Agreement will automatically renew on a month-to-month basis on the same terms without additional notice. Customer shall have 3 business days from receipt of this Agreement to rescind the Agreement with out any charge. Additionally, Your LDU should also send you a confirming notice of your selection of North American Power and if ComEd has an applicable rescission period the customer may also rescind within the applicable ComEd period. The Customer may provide written notice of termination or call NAP at 1-888-313-9086 or call their delivery company to terminate the Agreement. NAP may terminate this Agreement by providing 15 days written notice to the Customer.

**Open Price** Approximately each month the customer bill will be calculated by multiplying (i) the price of electricity by (ii) the amount of electricity used in the billing cycle plus (iii) applicable taxes, fees, and charges levied by the utility for distribution and other services. NORTH AMERICAN POWER's price for all electricity sold under this Agreement shall be a variable price based on the method stated above and market prices for commodity, transportation, balancing fees, storage charges, NAP fees, profit, line losses plus applicable taxes. Your price may be higher or lower than Your LDU and current pricing is not a guarantee of future pricing and/or savings. Customers should contact North American Power at (888) 313-9086 or visit its website at www.napower.com for the most current rate information.

**Agency** Customer hereby appoints NAP as agent for the purposes of acquiring the supplies necessary to meet Customer's electricity needs and arranging to deliver electricity to customer.

**Title** All electricity sold under this Agreement shall be delivered to a location considered the "Point of Delivery," which for electricity shall be at the PJM NORTH AMERICAN POWER load bus, and shall constitute the point at which the sale occurs and title passes from NORTH AMERICAN POWER to the Customer.

**Measurement** The measurement of the quantity of electricity delivered under this Agreement shall be determined by the meter readings performed and/or estimated by the LDU.

**Billing and Payment** Unless otherwise agreed to in writing, NAP or LDU will invoice monthly for electricity supplied under this Agreement and the LDU's policies shall apply. Customer will pay each invoice in full as provided by the LDU and if invoiced by NAP, Customer shall pay each invoice in full within twenty (20) calendar days of the invoice date or be subject to a late payment charge of 1.5% per month. In most cases Customer should receive a single invoice for both commodity and delivery costs from the LDU. In the event Customer fails to provide payment when due, NAP shall have the right to terminate

commodity service upon fifteen (15) calendar days written notice to the Customer. A $25 fee will be charged for all returned payments. NAP reserves the right to pass along increases in charges which are a result of Illinois ICC, LDU, PJM, any regional transmission authority, FERC (Federal Energy Regulatory Commission) orders or actions or any other body having authority.

**Cancellation Process** Customer is liable for all of NORTH AMERICAN POWER's charges while Customer may be returning to the LDU or selecting another supplier. A bill will be rendered in approximately thirty (30) days after the final scheduled meter reading or if access is unavailable, an estimate of consumption will be used in the bill, which will be trued up subsequent to the final meter reading.

**Acceptance and Amendments** NORTH AMERICAN POWER may amend the terms of this Agreement (other than price) at any time, consistent with any applicable law, rule or regulation, by providing notice to Customer of such amendment at least thirty (30) days prior to the effective date thereof. Any change to this Agreement, other than the open price provision, shall require the Customer's approval as per applicable regulations.

**Emergency Service Contacts** In the event of an electric power outage or other emergency please use the following toll-free number to directly contact ComEd or immediately dial 911: ComEd 1-800-334-7661. To report an outage you can also contact ComEd at:
https://www.comed.com/sites/customerservice/pages/reportanoutage.aspx.

**Dispute Resolution** In the event of a billing dispute or a disagreement involving NAP's service hereunder, the parties will use their best efforts to resolve the dispute. Customer should contact NAP by telephone or in writing to: North American Power, Customer Service Department, One Marshall Street, Suite 205, Norwalk, CT 06854 or call 1-888-313-9086 or email customercare@napower.com and you can always visit NAP at www.NAPower.com. A dispute or complaint relating to a residential customer may be submitted by either party at any time to the Illinois ICC at 1-800-524-0795 or 217-782-2024 or at htpp://www.icc.illinois.gov/consumer/complaints/. Customer must pay the bill in full, except for the specific disputed amount, during the pendency of the dispute.

**Customer Protections** The services provided by NORTH AMERICAN POWER to Customer are governed by the terms and conditions of this Agreement. NAP will provide at least 15 days notice prior to the cancellation of service to Customer.

**Default Liability** Under no circumstances shall Customer or NAP be liable for any direct, punitive, incidental, consequential, exemplary, indirect, third-party claims or other damages whether such claims are based on contract, warranty, tort, negligence, strict liability or otherwise, or for lost profits arising from a breach of this Agreement.

**Choice of Laws** Venue for any lawsuit brought to enforce any term or condition of this Agreement or to construe the terms hereof shall lie exclusively in the State of Illinois. This Agreement shall be construed under and shall be governed by the laws of the State of Illinois without regard to application of its conflicts of laws and principles.

**No Warranties** UNLESS OTHERWISE EXPRESSLY SET FORTH IN THIS AGREEMENT, NORTH AMERICAN POWER PROVIDES AND CUSTOMER RECEIVES NO WARRANTIES, EXPRESS OR IMPLIED, STATUTORY, OR OTHERWISE AND NAP SPECIFICALLY DISCLAIMS ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**Force Majeure** North American Power will make commercially reasonable efforts to provide electricity hereunder but NAP does not guarantee a continuous supply of electricity to you. Certain causes and events out of the control of North American Power (Hereinafter "Force Majeure Events") may result in interruptions in service. North American Power will not be liable for any such interruptions caused by a Force Majeure Event, and North American Power is not and shall not be liable for damages caused by Force Majeure Events. Force Majeure Events shall include acts of God, fire, flood, storm, terrorism, war,

civil disturbance, acts of any governmental authority, accidents, strikes, labor disputes or problems, required maintenance work, inability to access the LDU system, non-performance by the LDU (including, but not limited to, a facility outage on its electricity distribution lines), changes in laws, rules, or regulations of any governmental authority or any other cause beyond North American Power's control. The term "Force Majeure" as used in this Agreement shall also mean any act or cause not reasonably within the control of NORTH AMERICAN POWER and which by the exercise of due diligence, NAP is unable to prevent or overcome, including, but not limited to, any act or cause which is deemed a "Force Majeure" by the Utility or any transportation or transmitting entity. If NORTH AMERICAN POWER is rendered unable, wholly or in part, by Force Majeure to perform or comply with any obligations or conditions of this Agreement, we shall give immediate notice to the maximum extent practicable in writing and provide reasonably full particulars to the other party. Such obligations or conditions, so far as they are affected by such Force Majeure, shall be suspended during the continuance of any inability so caused, and NAP shall be relieved of liability and shall suffer no prejudice for failure to perform the same during the period. If NORTH AMERICAN POWER claims suspension of obligations, we must in good faith attempt to mitigate and/or terminate the Force Majeure. If at some future date there is a change in any law, rule, regulation or pricing structure whereby NORTH AMERICAN POWER is prevented, prohibited or frustrated from carrying out the terms of the Agreement, then, at the sole discretion of NORTH AMERICAN POWER this Agreement may be cancelled.

**Taxes and Laws** Except as otherwise provided in the Agreement or provided by law, all taxes of whatsoever kind, nature and description, due and payable with respect to Customer's performance of its obligations under this Agreement, shall be paid by Customer. The parties' obligations under this Agreement are subject to any validly issued present and future legislation, orders, rules, regulations of a duly constituted governmental authority having jurisdiction over this Agreement or the services to be provided herein.

**Assignment** The Customer may not assign its interest or obligations under this Agreement without the written consent of NORTH AMERICAN POWER. NORTH AMERICAN POWER may sell, transfer, pledge, or assign the accounts, revenues, and proceeds hereof in connection with any financial agreement. NORTH AMERICAN POWER may assign this Agreement to another energy supplier, ARES, energy services company, or other entity. NORTH AMERICAN POWER must provide the Customer 30 days notice prior to the assignment of this Agreement to another entity. Upon such assignment, Customer agrees that NORTH AMERICAN POWER shall have no further obligations hereunder.

**Authorization** Customer authorizes NORTH AMERICAN POWER to obtain and review information including, but not limited to the customer's credit history from credit reporting agencies, and Utility information including, but not limited to, consumption history, billing determinants, credit information, payment information, public assistance status, existence of medical emergencies, status as to whether Customer has a medical emergency, is human needs, elderly, blind or disabled and data applicable to cold weather periods, tax status and eligibility for economic development or other incentives. This information may be used by NORTH AMERICAN POWER to determine whether it will commence and/or continue to provide energy supply service to Customer. Customer's execution of this Agreement shall constitute authorization for the release of this information to NORTH AMERICAN POWER. This authorization will remain in effect during the initial term and any renewal term of this Agreement. Customer may rescind this authorization at any time by providing written notice thereof to NORTH AMERICAN POWER or calling NAP at 1-888-313-9086. NORTH AMERICAN POWER reserves the right to cancel this Agreement in the event Customer rescinds the authorization.